IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHAWN M KESLING,

    Plaintiff,

v.                                                CASE NO. 1:10-cv-00151-MP-GRJ

D L DOBY, et al,

    Defendants.

_____/

## **O R D E R**

Presently pending before the Court is Plaintiff's Motion for Clarification, in which Plaintiff seeks clarification regarding the Court's December 3, 2010 Order. (Doc. 17.) Plaintiff requests that he be allowed to file a copy of the amended complaint with the Court because the original was lost in the mail. (See Docs. 16, 17 and 18). The Court requires original papers to be filed. Plaintiff, therefore, should re-write his copy on a blank complaint form so that he can file an original.

Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion for Clarification, insofar as Plaintiff requests leave to file a copy of his amended complaint (doc. 18), is **DENIED**.

2. The Clerk shall mail a blank complaint form to Plaintiff which he shall complete and return on or before **January 10, 2011.**

**DONE AND ORDERED** this 20th day of December 2010.

                                               *s/ Gary R. Jones*
                                              GARY R. JONES
                                              United States Magistrate Judge