**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

SHAWN M. KESLING,

    Plaintiff,

v.                                                  CASE NO. 1:10cv151-MP-GRJ

LT. R. JERNIGAN, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 23, 2011. (Doc. 40). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED without prejudice, pursuant to 28 U.S.C § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

**DONE and ORDERED** this 22nd day of November, 2011.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**